Plaintiff takes us to the woodshed for our statement that "[n]either Johnson nor anyone else in National's office participated in the investigation." He contends that this statement is erroneous because, as he maintains, the evidence discloses that Johnson was present when, allegedly, an attempt was made to bribe a witness. We alluded to this conduct in the original opinion and, after another examination of the record, we adhere to our earlier observation that there was no evidence of active participation by Johnson in the field investigation which led to the denial of Bowen's claim. Any other conduct by Johnson or others may be the subject of retrial on other issues if that occurs.
In any case we reiterate that the plaintiff did not adduce evidence eliminating arguable reasons for the insurance company's refusal to pay. Consequently, that element of the bad faith refusal claim was never established.
OPINION EXTENDED; APPLICATION FOR REHEARING OVERRULED.
TORBERT, C.J., and FAULKNER, JONES, SHORES, EMBRY and ADAMS, JJ., concur.
ALMON, J., concurs in the result.
MADDOX, J., not sitting.